IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN ANTHONY LOTT,<br>Inmate #06501-025,<br><br>        Plaintiff,<br><br>vs.<br><br>GEO INTERNATIONAL, TRI-COUNTY<br>JAIL, and UNION COUNTY HOSPITAL,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 07-544-GPM<br>)<br>)<br>)<br>)<br>) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

      Plaintiff, a prisoner proceeding pro se, filed this civil action pursuant to 42 U.S.C. § 1983. With the complaint, Plaintiff filed a motion to proceed *in forma pauperis* (Doc. 2). On August 13, 2007, the Court issued an Order directing Plaintiff to submit a certified copy of his prison trust fund account statement to the Court within thirty days of the date the Order was entered (Doc. 5). Plaintiff was warned that his failure to comply with the Order would result in the action being dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      More than thirty days have passed and Plaintiff has not submitted a certified copy of his prison trust fund account statement. Furthermore, mail sent to Plaintiff by the Clerk of Court Plaintiff has been returned as undeliverable (Doc. 6). Consequently, it appears that Plaintiff has not complied with Local Rule of the United States District Court for the Southern District of Illinois 3.1(b), which requires him to keep the Clerk of Court advised of any change of address.

      This action is **DISMISSED with prejudice** for Plaintiff's failure to comply with the Court's

Order.  *See* FED. R. CIV. P. 41(b).  Plaintiff's motions for leave to proceed in forma pauperis (Doc. 2), to appoint counsel (Doc. 3), and for service of process at Government expense (Doc. 4) are **DENIED**.

    **IT IS SO ORDERED**

    DATED:  10/16/07

                                                s/ G. Patrick Murphy
                                                G. Patrick Murphy
                                                United States District Judge