**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOHN ANTHONY LOTT,<br>Inmate #06501-025,<br><br>      Plaintiff,<br><br>vs.<br><br>GEO INTERNATIONAL, TRI-COUNTY<br>JAIL, and UNION COUNTY HOSPITAL,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL NO. 07-544-GPM<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came before the Court after Plaintiff failed to comply with a Court Order directing him to submit his certified inmate account statement within thirty days and warning him that failure to comply would result in dismissal of this action.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with an order of this Court. Judgment is entered in favor of Defendants and against Plaintiff, and Plaintiff shall take nothing from this action.

**DATED**: 10/16/07

                                              NORBERT G. JAWORSKI, CLERK

                                              By: s/ *Linda M. Cook*
                                                  Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                   G. PATRICK MURPHY
                   U.S. DISTRICT JUDGE