IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN ANTHONY LOTT, Inmate #06501-025, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 07-544-GPM ) |
| GEO INTERNATIONAL, *et al.*, | ) ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Plaintiff, a prisoner proceeding *pro se*, has filed an Application to Proceed In Forma Pauperis on appeal pursuant to 28 U.S.C. § 1915 (Doc. 10). However, Plaintiff has not submitted a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal or an affidavit that includes a statement of his assets as required by § 1915(a).

**IT IS HEREBY ORDERED** that Plaintiff shall submit, within **FIFTEEN (15) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal and an affidavit that includes a statement of his assets. Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court. Plaintiff is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was incurred at the

time the notice of appeal was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis.* 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS FURTHER ORDERED** that upon conclusion of this fifteen-day period, should Plaintiff fail to comply with this order, Plaintiff's motion to proceed *in forma pauperis* on appeal will be denied for failing to comply with an Order of this Court. FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

DATED: 12/03/07

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge